**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-8017-RMM

**UNITED STATES OF AMERICA**

v.

JOSEPH LAGUERRE,

              **Defendant.**
_____/

FILED BY SP D.C.

Jan 10, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✔ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✔ No

                                 Respectfully submitted,

                                 MARKENZY LAPOINTE
                                 UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

                                 Rinku Tribuiani
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Florida Bar No.    0150990
                                 500 South Australian Avenue, Suite 400
                                 West Palm Beach, Florida 33401
                                 Tel:       (561) 820-8711
                                 Fax:       (561) 820-8777
                                 Email:    RTribuiani@usa.doj.gov

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH LAGUERRE, | ) Case No. 23-8017-RMM |
| | ) |
| Defendant(s) | ) |

FILED BY_____ SP _____D.C.

Jan 10, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 18, 2022 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Sections 1704 and 2 | Possession of a stolen arrow key with the intent to unlawfully use it |
| Title 18 U.S.C. Sections 1708 and 2 | Possession of stolen mail |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Eduardo Gonzalez*
Complainant's signature

Special Agent Eduardo Gonzalez, USPIS
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 1/10/23

Judge's signature

City and state: West Palm Beach, FL     Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## Affidavit

I, Eduardo González, being first duly sworn, depose and state as follows:

## Introduction

1. I have been a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS") since September 2006. I am currently assigned to the Miami Division, West Palm Beach Domicile miscellaneous team of the USPIS and one of my responsibilities are investigations involving the Theft of U.S. Mail. I have personally participated in more than 100 investigations involving Mail Theft, in violation of 18 U.S.C. §§ 1701, 1703, 1704, 1705 and 1708.

2. This affidavit is submitted in support of a criminal complaint charging **Joseph Laguerre** with Postal Keys Stolen or Reproduced, in violation of 18 U.S.C. §§ 1704 and 2, and with Theft of Mail Matter, in violation of 18 U.S.C. §§ 1708 and 2.

3. This affidavit is based on my personal knowledge and investigation by others, including local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conducting surveillance as well as examining documents and evidence obtained during surveillance.

4. As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

5. On or about September 23, 2022, USPIS received a Mail Theft complaint from Thomas L. Schenck, owner of Cee Dee Air Conditioning Inc. (510 Business Park Way Royal Palm Beach, FL 33411) stating he had video surveillance of two individuals using a Postal key to open the company's Postal cluster box to steal mail. The building housing Cee Dee Air Conditioning has

multiple surveillance cameras, with one pointing towards the cluster of mailboxes which are approximately 15 yards away from the building.

6.	On September 27, 2022, I visited Cee Dee Air Conditioning Inc. to view said video of the mail theft which occurred on September 22, 2022. At time stamp 8:33 p.m., I could clearly see two individuals in a dark colored 4-door vehicle back in towards the cluster of mailboxes. The cluster of mailboxes were on the passenger side of the vehicle. I could see the driver exit the vehicle and access the cluster boxes utilizing the Postal Arrow key. I saw the driver hand mail matter to the passenger. The driver then reentered the vehicle and the vehicle left the area.





7. As I was on scene, I viewed other surveillance footage from August 14, 2022, and September 25, 2022. The August 14, 2022 video appeared to show a black male with long dreads in a dark 4-door sedan exit the driver's seat and utilize a Postal key to steal mail from the business cluster box at approximately 6:31 p.m. The September 25, 2022 video appeared to show the same dark 4-door sedan occupied by two individuals. A male with facial covering exited the driver's seat and was seen stealing mail from a business cluster box utilizing a Postal Key at approximately 12:37am. The individual was seen handing mail matter to an occupant through the front passenger side window.









8.      Subsequent interviews of other businesses on Business Park Way led to another surveillance video obtained from Pools Service Plus (340 Business Park Way Royal Palm Beach, FL 33411). In this August 14, 2022 video, at approximately 4:59 pm, a black male with long dreads in a dark 4-door sedan exited the driver's seat and utilized a Postal Arrow key to steal mail from the business cluster box which is approximately 20 yards from the building. The individual in the video appeared to be the same individual from the Cee Dee Air Conditioning video.





9.      On August 14, 2022, at approximately 10:00 p.m., Joseph Laguerre was a victim of a shooting in Boynton Beach, FL. Evidence collected at the scene included numerous keys on a key ring found on the ground near Joseph Laguerre's vehicle. Found on the key ring was one Postal Arrow Key. Since the Boynton Beach detectives were not aware of our mail theft case and were not familiar with a Postal Arrow key, the evidence was returned to Joseph Laguerre after he made numerous calls to the detective requesting the return of his keys.  Laguerre's physical description matched the August 14, 2022 videos obtained from Cee Dee Air Condition and Pool Service Plus from the same date and time range in which the Postal Key was utilized.  A photograph of Laguerre's key ring, to include the Postal Arrow Key, is shown:



10. Agents later learned that Joseph Laguerre goes by the name "Jody Duffles". The day he was shot, Laguerre had a chain affixed to a nameplate with the name "Duffles" on it. Laguerre utilizes the name "Jody Duffles" on his Instagram account.

11. On December 18, 2022, Kenneth Hollis was pulled over by PBSO Patrol for having an expired license plate and a suspended driver's license. Two backpacks filled with U.S. Mail were found in the vehicle as well as a Postal Arrow Key found on Hollis' person. While Mr. Hollis was being detained at the scene of the traffic stop, an individual drove up to the officer and asked for the keys Mr. Hollis was holding, stating the keys were his house keys and they belonged to him. The officer later identified the individual to be Joseph Laguerre after picking him out of a photo line-up which was conducted on December 18, 2022, at 3:05 am at the PBSO District 9 office (11498 Okeechobee Blvd. Royal Palm Beach, FL 33411).

12. During the subsequent interview of Mr. Hollis, he (Hollis) admitted to stealing mail that night (December 18, 2022) from Postal collection boxes and business cluster boxes by using a

Postal Arrow Key provided to him by an individual he refused to name. Mr. Hollis stated the individual was with him on that night in another vehicle and he (Hollis) had previously stolen mail with the individual on two prior occasions. Mr. Hollis stated the individual "walked funny" because he had been shot several months prior.  A photograph of the Postal Arrow key taken from Mr. Hollis is shown below:



13. While in jail, Hollis made several recorded calls which were monitored. On December 19, 2022, at 6:30 pm, Hollis placed a call to his mother, Joanne Alexander. Ms. Alexander advised Hollis that "Jody" (a nickname for Laguerre) had directed her to add him (Laguerre) to the call via three-way connection and that 'Tank' had given her Laguerre's phone number. Ms. Alexander confirmed the number for Laguerre to be 561-909-XXXX which was later verified through the LINX system as being connected to Joseph Laguerre. During the initial calls with Laguerre, Hollis maintained that he (Hollis) had only been arrested for driving on a suspended

license in a vehicle with an expired tag. However, Hollis attempted to convey to Laguerre that he (Hollis) was asked several questions about the key that law enforcement seized from his person. During this call, Hollis stated that he (Hollis) needed an attorney ASAP and Laguerre said that he (Laguerre) was going to help with things. Laguerre also indicated that Laguerre was on scene during Hollis' arrest and that the police would not give Laguerre the keys when he asked.

14. On December 23, 2022, Hollis called his mother, at which point she indicated that Hollis' state lawyer sent her paperwork concerning the federal charges, to include possession of a USPS key, stealing mail and that he admitted to doing so. Ms. Alexander indicated that she had spoken to Laguerre, who had directed Hollis to say nothing else and that he (Hollis) should not have admitted to having the key as it was not his (Hollis') and belonged to someone else. Ms. Alexander said that Laguerre advised that he (Laguerre) was going to help get Hollis a lawyer to help with the federal charges. Hollis quietly told his mother to not give Laguerre the arrest paperwork or let him see it. Ms. Alexander told Hollis that Laguerre told her to send him (Laguerre) the paperwork. She then revealed that Laguerre had been on a three-way call with the state lawyer and herself when the information regarding the federal charges was revealed, and that Laguerre was aware of what was written in the reports based on that call. Ms. Alexander then called Laguerre on a three-way call. Laguerre told Hollis that he (Hollis) was supposed to say the car was a rental, and that the key didn't belong to him and had been found on the floor of the vehicle. Laguerre stated that he (Laguerre) knew that Hollis admitted that someone was paying him (Hollis) to do what Hollis did, and that Hollis should have had his attorney speak for him as he was scared and high. Hollis promised Laguerre, "'I won't say anything else."

## CONCLUSION

Based upon this investigation and the above stated information, I submit that probable cause exists to believe that Joseph Laguerre committed violations of 18 U.S.C. 1704 and 1708.

*Eduardo Gonzalez*
Eduardo González
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and attested to me by Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on the  10  day of  JAN , 2023.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE